No. 87–186.  MOLDED ACOUSTICAL PRODUCTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 87–204.  EXPLOSIVES CORPORATION OF AMERICA ET AL. *v.* GARLAM ENTERPRISES CORP. ET AL.; and
No. 87–332.  GARLAM ENTERPRISES CORP. *v.* EXPLOSIVES CORPORATION OF AMERICA ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 87–212.  AMATEYUS LTD., DBA VOLK & HUXLEY, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 87–225.  WILCOX *v.* FORD, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 87–245.  BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* JORDAN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–247.  ARMSTRONG *v.* CORN BELT BANK; and
No. 87–432.  CORN BELT BANK *v.* ARMSTRONG.  C. A. 7th Cir.  Certiorari denied.

No. 87–249.  HANDY *v.* NATIONAL SECURITY AGENCY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–262.  STANTON *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.  C. A. D. C. Cir.  Certiorari denied.

No. 87–282.  SOUTH BEND COMMUNITY SCHOOL CORP. ET AL. *v.* BRITTON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–286.  U. S. TELECOM, INC., FKA U. S. TELEPHONE, INC., ET AL. *v.* SPEAKERS OF SPORT, INC.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 87–365.  BRIAN CLEWER, INC. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.